UNITED STATES DISTRICT COURT

Northern District of California

RAYMOND J. CASTAIN,            No. C 11-01816 MEJ

         Plaintiff,

  v.                                    **SECOND ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM**

MICHAEL J. ASTRUE,

         Defendant.

_____/

      Pending before the Court is Plaintiff Raymond Castain's in forma pauperis application. On April 19, 2011, the Court ordered Plaintiff to a written consent to Magistrate Judge James' jurisdiction or request for reassignment to a district judge. Plaintiff has failed to respond by the May 10, 2011 deadline.

      In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

      You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the Court whether he consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, choose "Forms" and then "Civil Forms." The consent/declination form shall be filed by May 26, 2011. Failure to comply with this Order may result in the imposition of sanctions, including dismissal of Plaintiff's case.

      **IT IS SO ORDERED.**

Dated: May 12, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge