UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RAYMOND J. CASTAIN, | No. C 11-1816 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

On April 14, 2011, Plaintiff Raymond Castain filed the above-captioned complaint, as well as an application to proceed in forma pauperis. On April 19, 2011, the Court ordered Plaintiff to either consent or decline magistrate jurisdiction by May 10, 2011. (Dkt. #5.) Because Plaintiff failed to comply with this deadline, the Court again ordered Plaintiff to consent or decline, with a new deadline of May 26, 2011. (Dkt. #6.) Plaintiff failed to respond.

Based on Plaintiff's inaction, the Court hereby ORDERS Plaintiff Raymond Castain to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 16, 2011, and the Court shall conduct a hearing on June 30, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 31, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge