UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RAYMOND J. CASTAIN,<br><br>                    Plaintiff,<br>    v.<br>MICHAEL J. ASTRUE,<br>                    Defendant.<br>_____/ | No. C 11-1816 MEJ<br><br>**ORDER DISCHARGING TO SHOW CAUSE** |

On May 31, 2011, the Court ordered Plaintiff Raymond Castain to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Having received Plaintiff's counsel's declaration in response, the Court DISCHARGES the order to show cause.

**IT IS SO ORDERED.**

Dated: June 1, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge