1 | Marc V. Kalagian
2 | Attorney at Law: 149034
3 | 211 East Ocean Boulevard, Suite 420
4 | Long Beach, CA 90802
  | Tel: (562)437-7006
  | Fax: (562)432-2935
5 | E-Mail:rohlfing.kalagian@rksslaw.com

6 | Attorneys for Plaintiff RAYMOND J. CASTAIN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| RAYMOND J. CASTAIN,                      | ) Case No. C 11-1816 MEJ |
|                                          | )                        |
| Plaintiff,                               | ) STIPULATION TO EXTEND TIME |
| v.                                       | )                        |
|                                          | )                        |
| MICHAEL J. ASTRUE,                       | )                        |
| Commissioner of Social Security.         | )                        |
|                                          | )                        |
| Defendant.                               | )                        |
|                                          | )                        |

TO THE HONORABLE MARIA ELENA JAMES, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 30 day extension of time, to and including December 17, 2011, in which to Motion for Summary Judgment.

///
///
///
///
///
///

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented.

DATE: November 18, 2011   Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*

BY:_____
Marc V. Kalagian
Attorney for plaintiff Raymond J. Castain

DATE:  November 18, 2011

LAURA E. DUFFY
United States Attorney

/s/ *Patrick W. Snyder**

BY:_____
Patrick W. Snyder
Special Assistant United States Attorney
Attorneys for defendant Michael Astrue
|*authorized by e-mail|

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have until December 17, 2011 to file his Motion for Summary Judgment.

Dated:  November 18, 2011   _____
MARIA ELENA JAMES
United States Magistrate Judge