1  Marc V. Kalagian
2  Attorney at Law: 149034
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
   E-Mail:rohlfing.kalagian@rksslaw.com
5
6  Attorneys for Plaintiff RAYMOND J. CASTAIN

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. CASTAIN, | Case No. C 11-1816 MEJ |
| Plaintiff, | STIPULATION TO EXTEND TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE MARIA ELENA JAMES, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 30 day extension of time, to and including December 17, 2011, in which to Motion for Summary Judgment.

///
///
///
///
///
///

-1-

1  This request is made at the request of Plaintiff's counsel to allow additional
2  time to fully research the issued presented.
3  DATE: November 18, 2011        Respectfully submitted,
4                                 ROHLFING & KALAGIAN, LLP
5                                     /s/ *Marc V. Kalagian*
6                                 BY:_____
                                   Marc V. Kalagian
7                                  Attorney for plaintiff Raymond J. Castain

9  DATE:  November 18, 2011
10                                 LAURA E. DUFFY
                                   United States Attorney
11

12                                     /s/ *Patrick W. Snyder**
13                                 BY:_____
                                   Patrick W. Snyder
14                                 Special Assistant United States Attorney
                                   Attorneys for defendant Michael Astrue
15                                 |*authorized by e-mail|

16
17
18
19  PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have
20  until December 17, 2011 to file his Motion for Summary Judgment.
21
22
23  Dated: November 18, 2011        _____
                                   MARIA ELENA JAMES
24                                 United States Magistrate Judge

-2-