1 Marc V. Kalagian
2 Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
3 Long Beach, CA 90802
Tel: (562)437-7006
4 Fax: (562)432-2935
E-Mail:rohlfing.kalagian@rksslaw.com
5
Attorneys for Plaintiff RAYMOND J. CASTAIN
6

7
**UNITED STATES DISTRICT COURT**
8 **NORTHERN DISTRICT OF CALIFORNIA**

9

10 RAYMOND J. CASTAIN,                ) Case No. C 11-1816 MEJ
                                     )
11       Plaintiff,                  ) SECOND STIPULATION TO
 v.                                  ) EXTEND TIME
12                                   )
 MICHAEL J. ASTRUE,                  )
13 Commissioner of Social Security.  )
                                     )
14       Defendant.                  )
15                                   )
 _____     )
16

17      TO THE HONORABLE MARIA ELENA JAMES, MAGISTRATE JUDGE

18 OF THE DISTRICT COURT:

19      IT IS HEREBY STIPULATED by and between the parties, through their

20 respective counsel, that Plaintiff shall have a 30 day extension of time, to and

21 including January 16, 2012, in which to Motion for Summary Judgment.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented.

DATE: December 15, 2011          Respectfully submitted,

                                            ROHLFING & KALAGIAN, LLP

                                                /s/ *Marc V. Kalagian*

                                                BY: _____
                                                Marc V. Kalagian
                                                Attorney for plaintiff Raymond J. Castain

DATE: December 15, 2011          MELINDA HAAG
                                                United States Attorney

                                                /s/ *Patrick W. Snyder*\*

                                                BY: _____
                                                Patrick W. Snyder
                                                Special Assistant United States Attorney
                                                Attorneys for defendant Michael Astrue
                                                |\*authorized by e-mail|

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have until January 16, 2012 to file his Motion for Summary Judgment.

Dated: _December 19, 2011_____          _____
                                                        MARIA ELENA JAMES
                                                        United States Magistrate Judge