Marc V. Kalagian
Attorney at Law: 149034
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail:rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff RAYMOND J. CASTAIN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND J. CASTAIN, | ) Case No. C 11-1816 MEJ |
| Plaintiff, | ) |
| v. | ) SECOND STIPULATION TO |
| | ) EXTEND TIME |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security. | ) |
| Defendant. | ) |
| | ) |

TO THE HONORABLE MARIA ELENA JAMES, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 30 day extension of time, to and including January 16, 2012, in which to Motion for Summary Judgment.

///
///
///
///
///
///

1    This request is made at the request of Plaintiff's counsel to allow additional
2  time to fully research the issued presented.

3

4  DATE: December 15, 2011        Respectfully submitted,

5                                 ROHLFING & KALAGIAN, LLP

6                                      /s/ *Marc V. Kalagian*

7                                 BY: _____
                                  Marc V. Kalagian
8                                 Attorney for plaintiff Raymond J. Castain

9

10  DATE:  December 15, 2011       MELINDA HAAG
                                   United States Attorney
11

12

13                                    /s/ *Patrick W. Snyder**

14                                 BY: _____
                                   Patrick W. Snyder
15                                 Special Assistant United States Attorney
                                   Attorneys for defendant Michael Astrue
16                                 |*authorized by e-mail|

17

18

19  PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have

20  until January 16, 2012 to file his Motion for Summary Judgment.

21

22

23  Dated:  December 19, 2011_____      _____
                                        MARIA-ELENA JAMES
24                                      United States Magistrate Judge

25

26

27

28

-2-