UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RAYMOND J. CASTAIN,<br><br>　　　　　　Plaintiff,<br>　v.<br>MICHAEL J. ASTRUE,<br>　　　　　　Defendant.<br>_____/ | No. C 11-01816 MEJ<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>**Re: Docket No. 24** |

Pending before the Court is Marc Kalagian's Motion to Withdraw as Attorney of Record for Plaintiff Raymond Castain. Dkt. No. 24. As no opposition to Mr. Kalagian's motion has been received, the Court hereby GRANTS his request to withdraw as attorney of record. Mr. Kalagian shall file a joint statement, signed by him and Plaintiff Castain, which (1) establishes that Mr. Castain received a copy of this Order; and (2) provides the Clerk of Court with the address for future service on Mr. Castain. The statement shall be filed by February 21, 2012, and withdrawal shall not be effective until the statement is filed.

Plaintiff shall serve and file a motion for summary judgment or for remand by March 20, 2012. All dates in the April 14, 2011 Procedural Order for Social Security Review Actions (Dkt No. 4) shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: February 7, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge