UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RAYMOND J. CASTAIN,<br><br>　　　　　Plaintiff,<br>　v.<br>MICHAEL J. ASTRUE,<br><br>　　　　　Defendant.<br>_____/ | No. C 11-01816 MEJ<br><br>**ORDER RE ADDRESS FOR SERVICE UPON PLAINTIFF** |

On February 7, 2012, the Court granted Marc Kalagian's Motion to Withdraw as Attorney of Record for Plaintiff Raymond Castain. Dkt. No. 25. At the same time, the Court ordered Mr. Kalagian to file a joint statement, signed by him and Plaintiff Castain, which (1) establishes that Mr. Castain received a copy of this Order; and (2) provides the Clerk of Court with the address for future service on Mr. Castain.

Pursuant to this Court's order, Mr. Kalgian sent Plaintiff a copy of the order and a Joint Statement acknowledging receipt of the order via certified return receipt. Dkt. No. 26. It appears that Plaintiff signed for this letter on February 13, 2012, but he has not returned the Joint Statement. *Id.*, Ex. 2. The Court is satisfied that Plaintiff has received notice of Mr. Kalagian's withdrawal and that this case may proceed on the merits. Thus, unless Plaintiff informs the Court of another address for service, all future correspondence will be sent directly to Plaintiff at:

> Raymond J. Castain
> 21095 Gary Drive, Apt. # 106
> Hayward, CA 94546

The briefing schedule established in the Court's February 7, 2012 Order remains in effect. Plaintiff shall serve and file a motion for summary judgment or for remand by March 20, 2012, and all dates in the April 14, 2011 Procedural Order (Dkt No. 4) shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: February 23, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND J. CASTAIN,

        Plaintiff,

v.

MICHAEL J. ASTRUE et al,

        Defendant.

Case Number: CV11-01816 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond J. Castain
21095 Gary Drive, Apt. # 106
Hayward, CA 94546

Dated: February 23, 2012

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk