UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RAYMOND J. CASTAIN,<br><br>    Plaintiff,<br>  v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant.<br>_____/ | No. C 11-1816 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On February 7, 2012, the Court granted Marc Kalagian's Motion to Withdraw as Attorney of Record for Plaintiff Raymond Castain. Dkt. No. 25. Pursuant to the Court's order, Mr. Kalgian sent Plaintiff a copy of the order and a joint statement acknowledging receipt of the order via certified return receipt. Dkt. No. 26. Although Plaintiff signed for this letter on February 13, 2012, he did not return the joint statement to Mr. Kalagian for filing. *Id.*, Ex. 2.

On February 23, 2012, the Court issued a notice to Plaintiff that it was satisfied that he had received notice of Mr. Kalagian's withdrawal and that the case would proceed on the merits. Dkt. No. 27. The Court ordered Plaintiff to serve and file a motion for summary judgment or for remand by March 20, 2012. *Id.* Plaintiff has failed to comply with this deadline. Accordingly, the Court hereby ORDERS Plaintiff Raymond Castain to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by May 3, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on May 17, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiff fails to file a responsive declaration, Plaintiff is hereby informed that the Court may dismiss the case without a hearing. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: April 17, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND J. CASTAIN,

        Plaintiff,

  v.

MICHAEL J. ASTRUE et al,

        Defendant.

Case Number: CV11-01816 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond J. Castain
21095 Gary Drive, Apt. # 106
Hayward, CA 94546

Dated: April 17, 2012

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk

2